# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2020

Bridget M. McCormack,
Chief Justice

159798 & (51)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ZANETTA HUTCHINSON,
      Plaintiff-Appellee,

v

      SC: 159798
      COA: 341249
      Ingham CC: 16-000453-NH

INGHAM COUNTY HEALTH DEPARTMENT
and CAROL SALISBURY, N.P.,
      Defendants-Appellees,

and

PETER GULICK, D.O.,
      Defendant-Appellant.

_____/

On order of the Court, the motion to file supplemental authority is GRANTED. The application for leave to appeal the May 9, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2020

a0122

Clerk